# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2019

158228 & (16)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

EDMUND DANIEL BARSKI,
     Defendant-Appellant.

SC: 158228
COA: 341942
Jackson CC: 15-004512-FH

_____/

On order of the Court, the application for leave to appeal the June 27, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to compel production of transcripts is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2019



b0926

Clerk